UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK a/s/o SEKO
WORLDWIDE, LLC,
          Plaintiff,

v.

LIGHTNING EXPRESS DELIVERY
SERVICE, INC.; LAKELAND DELIVERY
SERVICE, INC.; FORWARD AIR, INC.; and
5TH DIMENSION LOGISTIX INC.,
          Defendants.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

19 CV 6819 (VB)



    Plaintiff commenced this action on July 23, 2019. (Doc. #1). Since then, there has been no subsequent, substantive action in this case. Indeed, plaintiff has not sought the issuance of summonses.

    On November 5, 2019, the Court issued an Order warning plaintiff that this action will be dismissed without prejudice, pursuant to Fed. R. Civ. P. 4(m) and 41(b), unless, on or before November 19, 2019, plaintiff shows cause in writing for its failure to comply with Rule 4(m), and why the case should not be deemed abandoned and dismissed for lack of prosecution. (Doc. #2).

    To date, plaintiff has failed to respond to the November 5 Order. The Court concludes plaintiff has abandoned this case.

    Accordingly, this case is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(m) and 41(b).

    The Clerk is instructed to close this case.

Dated: December 4, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge